UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD D'AMICO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:15-CV-0457-RCJ (VPC)<br><br>**ORDER APPOINTING COUNSEL AND GUARDIAN AD LITEM** |

　　　　On May 19, 2016, the court notified the parties of its intent to appoint a guardian ad litem and counsel in this case (ECF No. 12). The court notes that plaintiff has suffered a number of strokes which may have caused residual neurological effects and has severely impaired plaintiff's ability to communicate. *Id.* Therefore, the court hereby **GRANTS** plaintiff's motion for appointment of counsel and for appointment of guardian ad litem (ECF No. 6).

　　　　The court hereby appoints Margo Piscevich, Esq. as plaintiff's guardian ad litem for the limited purpose of assisting plaintiff's counsel in the preparation and attendance at a settlement conference. Based upon the serious nature of plaintiff's allegations in his complaint, the court finds that adequate protection of plaintiff's interests and preservation of his legal rights can only be achieved through a guardian ad litem appointment. Fed. R. Civ. P. 17(c). Ms. Piscevich's telephone number is 775-825-4108 and email address is margo.piscevich@gmail.com.

　　　　Amy Rose, Esq. of the ACLU of Nevada is appointed as counsel for the guardian ad litem in this matter. The appointment shall be for the limited purpose of investigating plaintiff's claims and preparation and attendance at a settlement conference. Amy Rose, Esq.'s address is 601 S. Rancho Drive, Suite B11, Las Vegas, Nevada 89106, telephone number is 702-366-1536, and email address is rose@aclunv.org.

Prior to the case management conference, defendants shall provide two complete copies of plaintiff's medical records and I-file to Ms. Rose no later than **Wednesday, August 24, 2016.** Ms. Rose shall provide one copy to the guardian ad litem.

A case management conference is set for **Wednesday, September 7, 2016 at 10:00 a.m.**, before United States Magistrate Judge Valerie P. Cooke, Courtroom One, 400 South Virginia Street, Reno, Nevada.  Counsel shall meet and confer prior to the case management conference to discuss preliminary discovery in preparation for the settlement conference, meeting the plaintiff, and potential settlement conference dates.  The parties shall file a case management report containing the results of the meet and confer on or before **Wednesday, August 31, 2016.**

Amy Rose, Esq. and Margo Piscevich, Esq. shall be permitted to contact their client, Donald D'Amico, Inmate #19095, in writing, by telephone, by video conference, or in person at his place of incarceration.  Ms. Rose and Ms. Piscevich shall also be permitted to request the assistance of plaintiff's current caseworker for assistance.

**IT IS SO ORDERED.**

DATED: July 20, 2016.

_____
UNITED STATES MAGISTRATE JUDGE