ADAM PAUL LAXALT
Nevada Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1254
Email: bjohnson@ag.nv.gov

*Attorneys for Defendants Romeo Aranas,
Isidro Baca, and Justin Henley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD D'AMICO,<br><br>                    Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>                    Defendants. | Case No.  3:15-cv-00457-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Donald D'Amico, by and through counsel Amy Rose, and Defendants, Romeo Aranas, Isidro Baca, and Justin Henley, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby  stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 16th day of February, 2017.            DATED this 16th day of February, 2017.

                                                     ADAM PAUL LAXALT
                                                     Attorney General

By: ___/s/ Amy Rose_____            By: _____
      Amy Rose                                                              BENJAMIN R. JOHNSON
      *Attorneys for Plaintiff*                                        Deputy Attorney General
                                                         *Attorneys for Defendants*

### ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

Dated this 17th day of February, 2017.

_____
DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

1  **CERTIFICATE OF SERVICE**

2   I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3  on this 16th day of February, 2017, I caused a copy of the foregoing, **STIPULATION AND ORDER**

4  **FOR DISMISSAL WITH PREJUDICE**, to be served by U.S. District Court CM/CFE Electronic

5  Filing on the following:

6  Amy M. Rose
7  ACLU of Nevada
   601 S. Rancho Dr, Suite B11
8  Las Vegas, NV 89106
   rose@aclunv.org
9  *Attorney for Plaintiff*

10

11

12  _____
    An employee of the
13  Office of the Attorney General

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28